NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 27 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-10045 |
| Plaintiff - Appellee, | D.C. No. 4:13-cr-01067-CKJ |
| v. | |
| NOE MARTIN VAZQUEZ-DAZA, a.k.a. Noe Vasquez Daza, a.k.a. Noe M Vazquez-Daza, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Marvin E. Aspen, District Judge, Presiding[**]

Submitted January 21, 2015[***]

Before:     CANBY, GOULD, and N.R. SMITH, Circuit Judges.

Noe Martin Vazquez-Daza appeals from the district court's judgment and

challenges the 24-month sentence imposed following his guilty-plea conviction for

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The Honorable Marvin E. Aspen, Senior United States District Judge
for the Northern District of Illinois, sitting by designation.

[***]     The panel unanimously concludes this case is suitable for decision
without oral argument.     See Fed. R. App. P. 34(a)(2).

reentry after deportation, in violation of 18 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Vazquez-Daza contends that the district court erred by failing to consider his request for a downward variance under 18 U.S.C. § 3553(a)(6). We review for plain error, *see United States v. Rangel*, 697 F.3d 795, 805 (9th Cir. 2012), and find none. The record reflects that the court considered the need to avoid unwarranted sentence disparities and sufficiently explained the sentence. *See United States v. Carty*, 520 F.3d 984, 992 (9th Cir. 2008) (en banc).

**AFFIRMED**.